# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

130356

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

LARRY JAMES LONSBY,
      Defendant-Appellee.

SC: 130356
COA: 250559
St. Clair CC: 02-002798-FC

_____/

      On order of the Court, the application for leave to appeal the October 13, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *Davis v Washington*, __ US __; 126 S Ct 547; 163 L Ed 2d 458; 74 USLW 3272; 2005 WL 1671669; 2005 US LEXIS 7859 (October 31, 2005), and *Hammon v Indiana*, __ US __; 126 S Ct 552; 163 L Ed 2d 459; 74 USLW 3272; 2005 WL 1914510; 2005 US LEXIS 7860 (October 31, 2005), are pending before the United States Supreme Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that this case be held in ABEYANCE pending the decisions in those cases.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk

p0320